UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID WIDI,

       Petitioner,

       v.

WARDEN MAIORANA,

       Respondent.

Civil Action No. 3:15-CV-1502

(Judge Kosik)

## ORDER

AND NOW, THIS 13th DAY OF MAY, 2016, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation (Doc. 12) of Magistrate Judge Martin C. Carlson is **ADOPTED IN PART**, and **DENIED IN PART**;

(2) The Report and Recommendation is **ADOPTED** as to the dismissal of claim numbers 1 and 2 of the Petition;

(3) The Report and Recommendation is **DENIED** as to the dismissal of claim numbers 3 through 15 of the Petition; and

(4) The Clerk of Court is directed to **REMAND** this case to the Magistrate Judge for further proceedings consistent with this Memorandum and Order.

                                                s/ Edwin M. Kosik
                                                Edwin M. Kosik
                                                United States District Judge