IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. WIDI, JR., | Civil No. 3:15-cv-1502 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN MAIORANA, | |
| Respondent | |

## ORDER

**AND NOW**, this 30th day of November, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot based upon Petitioner's July 7, 2017 release.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge